UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATASHA ESPARZA,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>HORACE MANN INSURANCE COMPANY,<br><br>　　　　　　　Defendant. | CASE NO. 2:24-cv-00601-LK<br><br>ORDER OF DISMISSAL |

　　　Pursuant to the parties' stipulated motion, Dkt. No. 8, all of Plaintiff Natasha Esparza's claims against Defendant Horace Mann Insurance Company are hereby dismissed with prejudice and without costs and attorney's fees to any party. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk of Court is directed to close this case.

　　　Dated this 12th day of June, 2024.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Lauren King
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER OF DISMISSAL - 1